AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

RANDAL N. WIIDEMAN,

    Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:09-cv-00650-LRH-VPC**

E.K. McDANIEL, et al.,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Third Amended Complaint (Document No. 21) is **dismissed** for failure to state a claim.

  September 24, 2010        **LANCE S. WILSON**
                                      Clerk

                                      /s/ Katie Lynn Ogden
                                      Deputy Clerk